# EXHIBIT A

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

WILLIAM DEGENHART, M.D.,

    Plaintiff,

v.

ARTHUR STATE BANK, THE DEGENHART
LAW FIRM, PAUL DEGENHART AND MARY
NELL DEGENHART,

    Defendants.

Civil Action No. CV10-1960-FR

## CONSENT TO REMOVAL

The undersigned defendants in the above-captioned action hereby consent to the action being removed to the United States District Court for the Southern District of Georgia, Savannah Division. In doing so, the undersigned defendants reserve their defenses and objections, and do object, to lack of personal jurisdiction, improper venue, insufficiency or lack of service of process and any other applicable defenses.

This 17th day of February, 2011.

_____
Paul Degenhart

_____
Mary Nell Degenhart

THE DEGENHART LAW FIRM

By: _____
Mary Nell Degenhart
Its President