# EXHIBIT B

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| WILLIAM DEGENHART, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. CV10-1960-FR |
| | ) | |
| ARTHUR STATE BANK, THE DEGENHART | ) | |
| LAW FIRM, PAUL DEGENHART AND MARY | ) | |
| NELL DEGENHART, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL OF ACTION

TO:   Daniel W. Massey
Clerk of Superior Court of Chatham County
133 Montgomery Street
Savannah, Georgia 31401

Defendant Arthur State Bank hereby gives notice that it has removed this action

from the Superior Court of Chatham County, Georgia, to the United States District Court

for the Southern District of Georgia, Savannah Division.  Attached hereto as Exhibit A is

the Notice of Removal that was filed today, February 17, 2011, in the United States

District Court for the Southern District of Georgia, Savannah Division.

Respectfully submitted this 17th day of February, 2011.

ELLIS, PAINTER, RATTERREE & ADAMS LLP

By: _____
Paul W. Painter, Jr.
Georgia Bar No. 559450
Attorneys for Arthur State Bank

Post Office Box 9946
Savannah, Georgia 31412
(912) 233-9700

## CERTIFICATE OF SERVICE

I, Paul W. Painter, Jr., certify that on this day a copy of the foregoing Notice of Removal of Action was mailed to the following:

Brent J. Savage, Esq.
Savage, Turner, Kraueter,
Britt, Madison & Pinckney
Post Office Box 10600
Savannah, GA  31412

The Degenhart Law Firm
2131 Park Street
Columbia, SC  29201

Paul Degenhart
2131 Park Street
Columbia, SC  29201

Mary Degenhart
2131 Park Street
Columbia, SC  29201

So certified this _17th_ day of February, 2011.

Paul W. Painter, Jr.
Georgia Bar Number 559450
Attorney for Arthur State Bank

Post Office Box 9946
Savannah, Georgia  31412
(912) 233-9700