# EXHIBIT C

*General Civil Case Filing Information Form (Non-Domestic) gasccc-03*

| Court | County __CHATHAM__ | Date Filed 12/23/2010 |
|---|---|---|
| ☑ Superior | Docket # STCV 10-1960-KR | MM-DD-YYYY |
| ☐ State | | |

**Plaintiff(s)**
Degenhart, William, M D

| Last | First | Middle I | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|

| Last | First | Middle I | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|

| Last | First | Middle I | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|

| Last | First | Middle I | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|

**No. of Plaintiffs** 1

**Defendant(s)**
Arthur State Bank

| Last | First | Middle I | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|

The Degenhart Law Firm

| Last | First | Middle I | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|

Degenhart, Paul

| Last | First | Middle I | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|

Degenhart, Mary Nell

| Last | First | Middle I | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|

**No. of Defendants** 4

**Plaintiff/Petitioner's Attorney**   ☐ Pro Se

Savage, Brent J

| Last | First | Middle I | Suffix |
|---|---|---|---|

**Bar #** 627450

---

**Check Primary Type (Check only ONE)**

☐ Contract Account
☐ Wills Estate
☐ Real Property
☐ Dispossessory Distress
☐ Personal Property
☐ Equity
☐ Habeas Corpus
☐ Appeals, Reviews
☐ Post Judgment Garnishment, Attachment, or Other Relief
☐ Non-Domestic Contempt
☑ Tort (If tort, fill in right column)
☐ Other General Civil Specify _____

---

**If Tort is Case Type:**
(Check no more than **TWO**)

☐ Auto Accident
☐ Premises Liability
☐ Medical Malpractice
☐ Other Professional Negligence
☐ Product Liability
☑ Other Specify Declaratory Judgment

**Are Punitive Damages Pleaded?** ☐ Yes ☐ No

---

15 General Civil Case Filing Information Form (Non-Domestic) 09-05

ENTERED SMS   DEC 27 2010