# EXHIBIT D

# SUPERIOR COURT OF CHATHAM COUNTY

133 MONTGOMERY STREET, SUITE 304, SAVANNAH, GEORGIA 31401
TELEPHONE: (912) 652-7224 • FACSIMILE: (912) 652-7229

WILLIAM DEGENHART, M D

Plaintiff,

v.

CIVIL ACTION NO CV10-1960-PR

ARTHUR STATE BANK,
THE DEGENHART LAW FIRM,
PAUL AND MARYNELL DEGENHART

Defendants

## SUMMONS

TO THE ABOVE NAMED DEFENDANT     Arthur State Bank
c/o Registered Agent J Carlisle Oxner, Jr
1531 Washington Street
Columbia, SC 29171

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney whose name and address is

Brent J Savage, Esq
Savage, Turner, Kraeuter, Pinckney, Britt & Madison
304 East Bay Street
Savannah, Georgia 31401

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service  If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint

This ___ day of December, 2010

**Dan W. Massey, Clerk of Court**
**Superior Court of Chatham County, Georgia**

By _____
    Deputy Clerk, Superior Court of Chatham County Georgia

ENTERED SMS   DEC 27 2010

# SUPERIOR COURT OF CHATHAM COUNTY

133 MONTGOMERY STREET, SUITE 304, SAVANNAH, GEORGIA 31401
TELEPHONE: (912) 652-7224 • FACSIMILE: (912) 652-7229

```
WILLIAM DEGENHART M D
```

Plaintiff,

v.    CIVIL ACTION NO CV1019060FR

```
ARTHUR STATE BANK,
THE DEGENHART LAW FIRM,
PAUL AND MARYNELL DEGENHART
```

Defendants

## SUMMONS

TO THE ABOVE NAMED DEFENDANT    Degenhart Law Firm, P A
c/o Registered Agent Marynell Degenhart
2131 Park Street
Columbia, SC 29201

**You are hereby summoned and required to file** with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is

Brent J Savage, Esq
Savage, Turner, Kraeuter, Pinckney, Britt & Madison
304 East Bay Street
Savannah Georgia 31401

**an answer to the complaint which is herewith served upon you, within 30 days after service** of this summons upon you, exclusive of the day of service  If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint

This __21__ day of December, 2010

**Dan W. Massey, Clerk of Court**
**Superior Court of Chatham County, Georgia**

By _____
Deputy Clerk, Superior Court of Chatham County Georgia

# SUPERIOR COURT OF CHATHAM COUNTY

**133 MONTGOMERY STREET, SUITE 304, SAVANNAH, GEORGIA 31401**
**TELEPHONE: (912) 652-7224 • FACSIMILE: (912) 652-7229**

WILLIAM DEGENHART, M.D

Plaintiff,

v.                                                                          CIVIL ACTION NO CV1049604K

ARTHUR STATE BANK,
THE DEGENHART LAW FIRM,
PAUL AND MARYNELL DEGENHART

Defendants

## SUMMONS

TO THE ABOVE NAMED DEFENDANT    Paul Degenhart
                                 2131 Park Street
                                 Columbia, SC 29201

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is

Brent J Savage, Esq
Savage, Turner, Kraeuter, Pinckney, Britt & Madison
304 East Bay Street
Savannah, Georgia 31401

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint

This 27 day of December, 2010

**Dan W Massey, Clerk of Court**
**Superior Court of Chatham County, Georgia**

By _____
Deputy Clerk, Superior Court of Chatham County Georgia

# SUPERIOR COURT OF CHATHAM COUNTY

133 MONTGOMERY STREET, SUITE 304, SAVANNAH, GEORGIA 31401
TELEPHONE: (912) 652-7224 • FACSIMILE: (912) 652-7229

---

WILLIAM DEGENHART, M D

Plaintiff,

v.

ARTHUR STATE BANK,
THE DEGENHART LAW FIRM,
PAUL AND MARYNELL DEGENHART

CIVIL ACTION NO CV10-1960-FR

Defendants

## SUMMONS

TO THE ABOVE NAMED DEFENDANT   Marynell Degenhart
2131 Park Street
Columbia, SC 29201

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is

Brent J Savage, Esq
Savage, Turner, Kraeuter, Pinckney, Britt & Madison
304 East Bay Street
Savannah, Georgia 31401

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint

This _____ day of December, 2010

**Dan W. Massey, Clerk of Court**
**Superior Court of Chatham County, Georgia**

By _____
Deputy Clerk, Superior Court of Chatham County Georgia

```
                                            I#: 1299234
                                    FILED FOR RECORD
            IN CHATHAM SUPERIOR COURT
                                    12/17/2010  12:12pm
                                    PAID: 207.50
                           TERM     Daniel W. Massey, Clerk
                                    Superior Court of Chatham County
                                    Chatham County, Georgia
```

_____

_____

VS

_____

_____

ORIGINAL

Filed in the Clerk's Office this __27__

day of __December__ __2010__

_____
Clerk Dep Clerk S C C C GA

_____
PLAINTIFF'S ATTORNEY