# EXHIBIT F

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

WILLIAM DEGENHART, M D )
)
   Plaintiffs, )
)
v )   Civil Action No _____
)
ARTHUR SAVINGS BANK, THE )
DEGENHART LAW FIRM, and )
PAUL AND MARY NELL DEGENHART )
)
   Defendants )

FILED IN OFFICE
2010 DEC 27 PM 2:29

## CERTIFICATION UNDER RULE 3.2

Pursuant to Rule 3 2 of the Georgia Uniform Superior Court Rules, I hereby certify that there has been no case filed in the Superior Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the petition-pleading to be specifically assigned to the same judge whom the original action was or is assigned, however, three cases are being filed contemporaneously which should be assigned to the same judge These cases are (1) William Degenhart, M D , v Conagree State Bank, The Degenhart Law Firm and Paul and Mary Nell Degenhart, (2) William Degenhart, M D , Arthur State Bank, The Degenhart Law Firm and Paul and Mary Nell Degenhart, and (3) William Degenhart, M D , v Plantation Federal Bank, Individually, and as Successor in Interest to First Savers Bank, The Degenhart Law Firm, Paul and Mary Nell Degenhart

ENTERED SMS   DEC 27 2010

This 27th day of December, 2010

Brent J. Savage
Georgia Bar No. 627450

SAVAGE, TURNER, KRAEUTER,
PINCKNEY, BRITT & MADISON
Post Office Box 10600
Savannah, Georgia 31412
(912) 231-1140