# EXHIBIT J

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

FILED IN OFFICE

2011 FEB -9 PM 11: 30

WILLIAM DEGENHART, M.D.,

    Plaintiff,

-vs-

ARTHUR STATE BANK, THE
DEGENHART LAW FIRM,
PAUL DEGENHART and MARY NELL
DEGENHART,

    Defendants

Civil Action No. CV10-1960-FR

### NOTICE OF FILING

COMES NOW Plaintiff in the above-captioned case and files the Affidavit of Service on Arthur State Bank evidencing service was made on January 18, 2011

This 8th day of February, 2011

Brent J Savage
Georgia Bar No 627450
Kathryn Hughes Pinckney
Georgia Bar No 376110

SAVAGE, TURNER, KRAEUTER,
PINCKNEY, BRITT & MADISON
Post Office Box 10600
Savannah, GA 31412
912 231 1140

ENTERED DJ FEB 0 9 2011

FEB-03-2011 09:00   From:8035761898            ID 912-231-9157            Page:002   P=967



## Richland County Sheriff's Department

**AFFIDAVIT OF SERVICE or NON-SERVICE**

Date _____

| Date Entered | 01/12/2011 |
|---|---|
| File Number | C201100222 |
| DSS Number: | 0 |
| Foreign Case # | CV101960FR |
| Court Date | 01/01/1900 |

STATE OF SOUTH CAROLINA   )
COUNTY OF RICHLAND         )

**Plaintiff Attorney**   Savage, Turner, Kraeuter Pinckney, Britt & Madison  PO Box 10600  Savannah, GA 31412
Phone (912)231-1140 Work

**Plaintiff**   William Degenhart, M D   , 0
Phone   Work

**Defendant(s)**   Arthur State Bank    Rgt. Agt J Carlisle Oxner, J  1531 Washington St  Columbia, SC 29201
Phone   Work

PERSONALLY APPEARED Before Me __P. Wilkes__, duly sworn says that he/she served, or attempted to serve, the following civil paper(s)

Summons & Complaint                                           1

on the defendant, __Arthur State Bank__, as follows

( ) By personally handing the process to the defendant at _____, _____, SC
(Street)                                           (City)
on _____ .
(Date/Time)

( ) By handing the process to _____ at _____ ,
(Name of Person Served/Relationship)            (Street)
_____, SC on _____, a person of suitable age and discretion then residing in
(City)                    (Date/Time)
the defendant's usual place of abode

(✓) By handing the process to __Nicole McMillan__, (the registered corporate agent) or officer of the company at
(Name of Person Served/Company Name)
__1531 Washington St__, __Columbia__, SC on __01/18/11 – 3:12 PM__ and leaving him/her a copy
(Street)                (City)                        (Date/Time)

( ) WAS UNABLE to locate and serve the above process on the defendant, after diligent efforts by checking the City/Telephone Directory, and going to the address given for the defendant, and by questioning persons in the vicinity of the address.
THE PROCESS IS RETURNED UNEXECUTED

( ) COMMENTS _____

Deponent knows the person served to be the defendant and Deponent is not a party to the action
SWORN TO Before me this

__18__ day of __January__, __2011__

__P. Wilkes   S1125__
Deputy Sheriff, Richland County

__Kenneth Coleman__
NOTARY PUBLIC FOR SOUTH CAROLINA  Expires
MY COMMISSION EXPIRES __August 11, 2014__
P O Box 143 Columbia, SC 29202
Office: (803) 576-3151   Fax  (803) 576-1898