```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV010184
Cashier ID: lmoore
Transaction Date: 02/17/2011
Payer Name: Ellis, Painter, Ratterree, Ada
------------------------------------------
CIVIL FILING FEE
 For: Ellis, Painter, Ratterree, Ada
 Amount:         $350.00
------------------------------------------
CHECK
 Check/Money Order Num: 68750
 Amt Tendered:  $350.00
------------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

CV411-041
```